IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| YVONNE LYNN WATTS; and WILLIAM LEE FOX, <br><br> Plaintiffs, <br> v. <br><br> JERILYNN ANN ERICKSON, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br> Case No. 2:25-cv-00715-TS-DAO <br><br> District Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Plaintiffs filed their Complaint on August 25, 2025, alleging claims for breach of contract or conversion. This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on April 22, 2026.[1] This matter is before the Court for consideration of the Report and Recommendation.

The Magistrate Judge recommends that the Court dismiss this matter without prejudice for lack of subject matter jurisdiction. Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. The parties have not done so. The Court has considered the materials in the file and the Report and Recommendation and agrees with the Magistrate Judge's findings and recommendation.

It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 9) is ADOPTED IN FULL; it is further

ORDERED that this matter is dismissed without prejudice.

---

[1] Docket No. 9.

DATED  May 26, 2026.

BY THE COURT:

_____

TED STEWART
United States District Judge

2